# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131907

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTHONY C. MARIA, Personal Representative
of the Estate of CHRISTOPHER C. MARIA,
      Plaintiff-Appellee,

v

JUDSON CENTER, INC., and LAHSER RESPITE
CENTER,
      Defendants-Appellees.

SC: 131907
COA: 266394
Oakland CC: 2004-059732-NO

_____/

     On order of the Court, the application for leave to appeal the July 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122